**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7017**

KABIL ANTON DJENASEVIC,

                Plaintiff - Appellant,

        v.

WARDEN JOE COAKLEY,

                Defendant - Appellee,

        and

JOEL ZIEGLER,

                Defendant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.   Irene C. Berger, District Judge.  (5:14-cv-04361)

Submitted:  November 20, 2015      Decided:  December 18, 2015

Before NIEMEYER, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kabil Anton Djenasevic, Appellant Pro Se.  John Fulton Gianola, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kabil Anton Djenasevic, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Djenasevic v. Coakley, No. 5:14-cv-04361 (S.D.W. Va. June 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED